# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MIDWESTERN TEAMSTERS HEALTH & WELFARE FUND, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 08-CV-0083-MJR ) |
| BARBIER TRUCK SERVICE, INC., and EDWARD BARBIER, | ) ) ) |
| Defendant. | ) |

## ORDER

**REAGAN, District Judge:**

On April 17, 2008, the parties filed a joint stipulation to voluntarily dismiss this case with prejudice (Doc. 14). **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** provides that a plaintiff may voluntarily dismiss an action "by filing a stipulation of dismissal signed by all parties who have appeared." Plaintiff submitted a stipulation of dismissal signed by Britt W. Sowle, counsel for Plaintiff, and Laura K. Grandy, counsel for Defendants.

Pursuant to the parties' stipulation, the Court hereby **DISMISSES** the case **with prejudice**.

**IT IS SO ORDERED.**

**DATED this 17th day of April 2008.**

> s/ Michael J. Reagan
> **MICHAEL J. REAGAN**
> **United States District Judge**